■ RAYMOND G. MORAN, Respondent, v. PORT CHESTER IRON WORKS, INC., Defendant, and WILLIAM J. LONG et al., Defendants-Appellants and Third-Party Plaintiffs. CHIAPPINELLI-MARX, INC., et al., Third-Party Defendants.— In a negligence action to recover damages for personal injuries alleged to have been sustained as a result of the improper installation of a steel beam in a hospital under construction, the individual defendants appeal from an order of the Supreme Court, Dutchess County, dated December 15, 1960, denying their motion to strike out the plaintiff's note of issue. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

## (June 2, 1961)

■ In the Matter of the Accounting of MILDRED KAPLAN et al., as Executors of EDWARD M. ROSENFIELD, Deceased, Respondents. MIRIAM B. ROSENFIELD, Appellant.— Motion by appellant to stay the respondents executors from proceeding with the sale of certain personal property, pending appeal from an order of the Surrogate's Court, Westchester County, dismissing appellant's claim to such property. In view of the unusual facts and circumstances here presented, the motion is denied. The court has been informed that an application for a similar stay was denied today by the Surrogate of Westchester County. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

## (June 5, 1961)

■ (A) AARON B. FEIGEN et al., Appellants, v. GREEN HARBOUR BEACH CLUB, INC., Respondent, et al., Defendants. (B) In the Matter of 93 PRINCE STREET CORPORATION, Respondent, v. SAMUEL WOLF, Appellant. (C) BATIA KRIEGER et al., Appellants, v. AMERICAN-ISRAELI SHIPPING COMPANY, INC., et al., Respondents. (D) THEA SHENKMAN et al., Appellants, v. GORDON BAK-NG COMPANY et al., Respondents.— [In each action] Motion[s] by respondent[s] to dismiss appeal granted, with $10 costs; appeal dismissed. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ ALFREDO VASQUEZ, Plaintiff, v. CARL STARK, Defendant. JOSE S. MORRERO, Plaintiff, v. CARL STARK, Defendant. CARL STARK, Third-Party Plaintiff-Appellant, v. COSMOPOLITAN MUTUAL INSURANCE COMPANY, Third-Party Defendant-Respondent.— Motion by third-party defendant-respondent to dismiss appeal granted, with $10 costs; appeal dismissed. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.